# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 1:01cr9-SPM/GRJ

JOHN AINSWORTH

_____/

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF
## SUPERVISED RELEASE PURSUANT TO TITLE 18 U.S.C. § 3583(e)(1)

This cause is before the court upon defendant's Motion for Early Termination of Supervised Release Pursuant to Tile 18 U.S.C. § 3583(e)(1). (Doc. 270). The government opposes the requested relief. (*See* doc. 272).

Defendant was found guilty by a jury of conspiring to manufacture 1000 or more marijuana plants and for knowingly and intentionally manufacturing 100 or more marijuana plants. He was sentenced to ten years of imprisonment and thereafter five years of supervised release. After serving his term of incarceration, defendant was released on May 30, 2010.

At the time of sentencing, defendant's criminal history was Category I. Defendant has no prior history of violence or firearm charges. He is now 74 years old and suffers from various serious and debilitating physical ailments, including prostate cancer and melanoma, both of which are now in remission, and progressive bone necrosis which required total hip replacement surgery in 2006 and 2007. According to the information provided, defendant currently resides peacefully with his wife while awaiting additional surgeries. Defendant has served over half of his term on supervised release and has complied with the terms thereof without incident.

Accordingly, having considered all of the factors in 18 United States Code Section 3553(a), it is hereby ORDERED that defendant's motion for early termination of supervised release (doc. 270) is GRANTED.

**DONE and ORDERED** this 4th day of February, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**